

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00189-CV

Gustavo **OBREGON**,
Appellant

v.

Rudolfo **MERCADO** and Carlos Mercado,
Appellees

From the County Court At Law No. 1, Webb County, Texas
Trial Court No. 2012CVD00029-L1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  June 5, 2013

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM